## LANE. RESPONDENT, v. HUMPHREYS, APPELLANT.

### (No. 1,984.)

(Submitted January 4, 1904. Decided February 11, 1904.)

For syllabus see *Lane* v. *Bailey, ante,* page 548.

*Appeal from District Court, Rosebud County; C. H. Loud, Judge.*

ELECTION contest by Clarence R. Lane against N. J. Humphreys. Judgment for plaintiff, and defendant appeals. Affirmed.

*Mr. Sydney Sanner, Mr. E. J. Dierks,* and *Mr. F. V. H. Collins,* for Appellant.

*Mr. T. J. Porter,* and *Mr. J. C. Lyndes,* for Respondent.

PER CURIAM.—By stipulation of counsel this case presents for decision questions identical with those in *Lane* v. *Bailey* (*ante,* page 548) decided this day. On the authority of that case, therefore, the judgment is affirmed.

*Affirmed.*